# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Judy Marie Thompson, Case No. Civil 01-1088 DDA/FLN

v. **JUDGMENT IN A CIVIL CASE**

Marcia and Dick Leavitt, et al.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's "Application to Proceed Without Prepayment of Fees," is denied.

The action is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(ii).

DATE: July 16, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

5