**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JUDY MARIE THOMPSON

Plaintiff,

v.

MARCIA AND DICK LEAVITT, et al.,

Defendants.

Civil 01-1088 DDA/FLN

**ORDER**

---

On June 14, 2001, the Plaintiff filed with this Court a complaint together with an Application to Proceed In Forma Pauperis. The matter was referred to Chief Magistrate Franklin L. Noel. On June 28, 2001, the magistrate judge entered his Report and Recommendation. He concluded that Plaintiff's Application to Proceed Without Prepayment of Fees should be denied and that the action should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Report and Recommendation advised Plaintiff that any objections to the Report and Recommendation had to be filed within ten (10) days after its service upon her. No objections were filed within the requisite time period. On July 16, 2001, more than ten (10) days following the issuance and service of the Report and Recommendation, the Court entered its Order denying the Application to Proceed Without Prepayment of Fees and dismissing the action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Judgment on that Order was entered on July 16, 2001.

On August 16, 2001, Plaintiff filed a "Motion to Reconsider." Despite the motion being out of time, the Court has reviewed the materials filed as a part of the motion. Nothing contained therein changes the Court's opinion regarding its Order of July 16, 2001.

Accordingly,

**IT IS ORDERED** that the Plaintiff's Motion to Reconsider is in all things DENIED.

DATED: August 20, 2001

DONALD D. ALSOP, Senior Judge
United States District Court

FILED AUG 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500